UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60755-CIV-SMITH

VIGDALIA MARTITZA MARTINEZ GOMEZ,

    Plaintiff,

v.

JUAN AGUDELO, Interim Director, U.S. DHS ICE ERO Miami Field Office, *et al.*,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 14]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED without prejudice**.

2. Petitioner's Motion for Preliminary Injunction [DE 6] and the Report and Recommendation [DE 13] are **denied as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 28th day of April, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record